IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHERI VARNEY, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:23-cv-04004-SRB ) |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the case is dismissed without prejudice.

Respectfully submitted,

*s/ J. Brandon McWherter*
J. Brandon McWherter*
MCWHERTER SCOTT BOBBITT PLC
109 Westpark Drive, Suite 260
Brentwood, Tennessee 37027
Tel: (615) 354-1144
Fax: (731) 664-1540
brandon@msb.law

Erik D. Peterson*
ERIK PETERSON LAW OFFICES PSC
110 W. Vine St., Suite 300
Lexington, KY 40507
Tel: (800) 614-1957
erik@eplo.law

David T. Butsch #24528*
Christopher E. Roberts #61895
BUTSCH ROBERTS & ASSOCIATES LLC

*s/ Mark Hanover* (with permission)
Leah Bruno*
Brian Cohen*
Mark Hanover*
Kristine M. Schanbacher*
Dentons US LLP
233 South Wacker Drive, Ste 7800
Chicago, IL 60606
312-876-7456
leah.bruno@dentons.com
brian.cohen@dentons.com
mark.hanover@dentons.com
kristine.schanbacher@dentons.com

Jake Thessen
Dentons US LLP
Hanley Corporate Tower
101 S. Hanley, Ste 600
St. Louis, MO 63105

7777 Bonhomme Ave., Suite 1300  
Clayton, MO 63105  
Tel: (314) 863-5700  
Fax: (314) 863-5711  
Butsch@ButschRoberts.com  
Roberts@ButschRoberts.com  

T. Joseph Snodgrass*  
SNODGRASS LAW LLC  
100 South Fifth St., Suite 800  
Minneapolis, MN 55402  
Tel: (612) 339-1421  
jsnodgrass@snodgrass-law.com  

Douglas J. Winters  
THE WINTERS LAW GROUP, LLC  
7700 Bonhomme Ave., Sute 575  
St. Louis, MO 63105  
Tel: (314) 499-5236  
dwinters@winterslg.com  

*Counsel for Plaintiffs*

**\*** admitted *pro hac vice*

314-259-5837  
jake.thessen@dentons.com  

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and served upon all counsel of record.

<u>*s/ J. Brandon McWherter*</u>